IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02340-MSK-KLM

JUDE T. FUSCO, and
JEAN A. FUSCO,

    Plaintiffs,

v.

ACMI CORPORATION and VAIL VALLEY MEDICAL CENTER, a/k/a VAIL CLINIC, INC.,,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Vail Valley Medical Center Aka Vail Clinic Inc.'s Motion to Modify the Scheduling Order (Unopposed)**[Docket No. 36; Filed April 2, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on December 17, 2008, is amended to extend the following deadlines:

- Parties shall designate experts on or before July 10, 2009.
- Parties shall designate rebuttal experts on or before August 10, 2009.
- Discovery cut-off is October 10, 2009.
- Dispositive Motion deadline is November 10, 2009.
- A settlement conference is set for July 20, 2009 at 1:30 p.m.

    IT IS FURTHER **ORDERED** that Settlement Conference set for April 20, 2009 at 1:30 p.m. is **vacated**.

    Dated: April 6, 2009