IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02340-MSK-KLM

JUDE T. FUSCO, and
JEAN A. FUSCO,

    Plaintiffs,

v.

ACMI CORPORATION,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion for Entry of Protective Order** [Docket No. 39; Filed May 15, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court with interlineations as of the date of this Minute Order.

Dated: May 18, 2009