IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02340-MSK-KLM

JUDE T. FUSCO and
JEAN A. FUSCO,

       Plaintiffs,

v.

ACMI CORPORATION; and
VAIL VALLEY MEDICAL CENTER,

       Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE
_____

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice **(#44)** filed August 20, 2009.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 21st day of August, 2009.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge